**George Hollis VANDYKE**

**v.**

**STATE.**

No. 28354.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

Turner & Bankhead, by Tom Bankhead, Carthage, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving while intoxicated is the offense; the punishment, 3 days in jail and a fine of $75.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.